# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Ergeshbai Rakhmanov

**Plaintiff,**

**V.**

See Attachment

**Defendant.**

**Civil Action No.** 26-cv-5408-LL-DDL

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court GRANTS Petitioner's Petition for a Writ of Habeas Corpus. This case is hereby closed.

**Date:** 11/10/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ B. Chandler
B. Chandler, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 26-cv-5408-LL-DDL

Respondents:

Jeremy Casey,
Warden, Imperial Regional Detention Facility;

Patrick Divver,
Field Office Director, Enforcement and Removal Operations, San Diego Field Office, U.S. Immigration and Customs Enforcement;

David J. Venturella,
Acting Director, U.S. Immigration and Customs Enforcement;

Todd Blanche,
Acting Attorney General of the United States;

Markwayne Mullin,
Secretary, U.S. Department of Homeland Security